O    JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FERNANDEZ LOPEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROSEMAY NDOH, Warden,<br><br>　　　　　　Respondent. | Case No. 8:20-cv-00033-JGB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and that this action is dismissed with prejudice.

DATED: June 5, 2020

_____
JESUS G. BERNAL
U.S. DISTRICT JUDGE